IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TARA CHEREE LANGSTON, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:11cv521 |
| | § | |
| FOREST COLE LANGSTON, | § | |
|     Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge On August 31, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Preliminary Injunction (Dkt. 3) be GRANTED in part, in accordance with the parties' agreement.

Having received the report of the United States Magistrate Judge and the parties having waived their right to object, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Motion for Preliminary Injunction (Dkt. 3) is GRANTED in part and court will enter the parties' Agreed Preliminary Injunction Order.

**IT IS SO ORDERED.**

**SIGNED this the 8th day of September, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE